No. 350.   Puerto Rico v. Cementerio Buxeda, Inc. C. A. 1st Cir.  Certiorari denied.  *Victor Gutierrez-Franqui*, Attorney General of Puerto Rico, *J. B. Fernandez-Badillo*, Sub-Attorney General, and *Jaime J. Saldaña*, Assistant Attorney General, for petitioner.

No. 351.   United Construction Workers et al. v. National Labor Relations Board.   C. A. 4th Cir.  Certiorari denied.  *Yelverton Cowherd, Hillis Townsend* and *M. E. Boiarsky* for petitioners.  *Acting Solicitor General Stern, George J. Bott, David P. Findling, Mozart G. Ratner* and *Bernard Dunau* for respondent.

No. 352.   Marpes v. United States.   C. A. 3d Cir. Certiorari denied.  *Joseph A. Rossi* for petitioner.  *Acting Solicitor General Stern, Assistant Attorney General Murray, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 355.   Cooper v. Cooper.   Court of Appeals of Kentucky.  Certiorari denied.  *Leslie W. Morris* for petitioner.  *Simeon S. Willis* for respondent.

No. 356.   LaReau, Administrator, v. Jones, Administratrix, et al.   C. A. 7th Cir.  Certiorari denied. *Ralph F. Berlow* for petitioner.  *Harold E. Marks* for Jones, respondent.

No. 359.   Eunice Rice Milling Co. v. Employers Mutual Liability Insurance Co.   C. A. 5th Cir. Certiorari denied.  *LeDoux R. Provosty* for petitioner. *R. Emmett Kerrigan* for respondent.